NO. 07-11-00050-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
MAY 20, 2011
--------------------------------------------------------------------------------

 
 MICHAEL GARCIA, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;
 
 NO. 2637A; HONORABLE GORDON HOUSTON GREEN, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 
 ON MOTION TO DISMISS
Appellant, Michael Garcia, filed Notice of Appeal to appeal a judgment of conviction entered against him in cause number 2637A in the 287[th] District Court of Bailey County, Texas. However, appellant has now filed a motion to dismiss his appeal.
Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained and our mandate will issue.

 Mackey K. Hancock
 Justice

Do not publish.